18 So.2d 693

### Dock PEABODY v. STATE.

#### 4 Div. 344.

Supreme Court of Alabama.

June 22, 1944.

W. R. Belcher and Roy L. Smith, both of Phenix City, for the petition.

Wm. N. McQueen, Acting Atty. Gen., and Frank N. Savage, Asst. Atty. Gen., opposed.

PER CURIAM.

Petition of Dock Peabody for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Peabody v. State, 31 Ala.App. 448, 18 So.2d 691.

Writ denied on authority of Blair v. Greene, ante, p. 28, 18 So.2d 688.

All the Justices concur, except SIMP-SON, J., not sitting.